UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES KERN,** | Case No. 3:25-cv-10555-CRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO ENLARGE TIME TO FILE DISPOSITIVE MOTION** |
| **v.** | |
| **S. GOFF,** | |
| Defendant. | |

Plaintiff James Kern, proceeding *pro se,* brings this action pursuant to 42 U.S.C. § 1983 and alleges violation of his Eighth Amendment right to adequate medical care.  Defendant Goff moves for a 90-day extension of the current July 9, 2026 deadline to file a dispositive motion in this action.

Upon due consideration, good cause appearing, the Court **GRANTS** Defendant's motion. Accordingly, any dispositive motions must be filed and served no later than **October 7, 2026**. Any opposition to a dispositive motion must be filed and served within twenty-eight (28) days after filing and service of the motion, and any reply brief in support of a dispositive motion must be filed and served not more than fourteen (14) days after service and filing of the opposition.

**IT IS SO ORDERED**.

Dated:      June 30, 2026

_____
HON. CHARLES R. BREYER
United States District Judge

1